<u>**EXHIBIT B**</u>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
: 
RENSSELAER POLYTECHNIC INSTITUTE : Civil Action No:
: 1:13-cv-01210 (DNH) (CFH)
Plaintiff, :
:
-against- : **STIPULATION OF**
: <u>**DISMISSAL**</u>
CADENCE DESIGN SYSTEMS, INC. :
:
Defendant. :
:
---------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that the above-entitled action, including all claims asserted therein, shall be and hereby is dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: December 30, 2014

| PATTISON, SAMPSON, GINSBERG & GRIFFIN, P.C. | TROUTMAN SANDERS LLP |
|---|---|
| By: _____ | By: _____ |
| Michael E. Ginsberg, Esq. | Matthew J. Aaronson, Esq. |
| 22 First Street, P.O. Box 208 | The Chrysler Building |
| Troy, New York 12181-0208 | 405 Lexington Avenue |
| (518) 266-1026 | New York, New York 10174 |
| (518) 274-6034 Fax | (212) 704-6000 |
| mginsberg@psgglaw.com | (212) 704-5901 (fax) |
| | matthew.aaronson@troutmansanders.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: January 5, 2015
          Utica, NY